# EXHIBIT E

**EXHIBIT E**
**PAGE 188**



Buzko Krasnov
228 Park Ave S #85451
New York, NY 10003-1502
info@buzko.legal

April 21, 2023

*Via email*

Board of Public Works
customerservice@gbpw.com

**RE:     CONVERSION OF ASIC MACHINES**

To Whom It May Concern,

Our firm represents Maxim Eliseev, the owner of BEEQB LLC, whose ASIC machines are currently on your property located at 150 Hyatt St, Gaffney, South Carolina 29341.

Mr. Eliseev communicated he wants to retake possession of his ASIC machines from Uptime Hosting LLC ("**Uptime**"). Uptime communicated to Mr. Eliseev that it cannot return the machines to him because they have become collateral to you, as landlord and owner of the site, where the ASIC machines operate. Mr. Eliseev is unsure whether you realize that you are holding property that does not belong to Uptime, and instead belongs to a separate company, BEEQB LLC. Mr. Eliseev and BEEQB LLC should not be held liable for any agreements you made with Uptime.

Mr. Eliseev demands that you return the ASIC machines that you are in unlawful possession of and allow Mr. Eliseev to retake possession of them immediately.

The ASIC machines were purchased pursuant to an agreement governed by Florida law. Florida Statute section 713.31(2)(a) states that, "[a]ny lien asserted under this part in which the lienor has . . . willfully included a claim for work not performed upon or materials not furnished for the property upon which he or she seeks to impress such lien or in which the lienor has compiled his or her claim with such willful and gross negligence as to amount to a willful exaggeration shall be deemed a fraudulent lien."

Your lien on the ASIC machines is a fraudulent lien. The claim upon which you base your lien is unfounded. Mr. Eliseev delivered the ASIC machines and paid the refundable deposit, which fulfilled all of his obligations to Uptime under the Agreement entered into by Uptime and Mr. Eliseev. Therefore, yours is a fraudulent lien, and all ASIC machines must be returned to Mr. Eliseev.

Additionally, by wrongfully possessing the ASIC machines, you are liable under South Carolina law for Conversion. "Conversion" is the unauthorized assumption and exercise of the right of ownership over goods or personal chattels belonging to another, to the alteration of the

condition or the exclusion of the owner's rights. *Hawkins v. City of Greenville*, 358 S.C. 280, 594 S.E.2d 557 (Ct. App. 2004)

You must immediately return the ASIC machines to Mr. Eliseev. If you fail to comply with this demand by April 27, 2023, Mr. Eliseev reserves his legal and equitable rights, including bringing a lawsuit against you for conversion and other claims.

Sincerely,

*Filipp Petkevitch*

Filipp Petkevitch
Attorney
Buzko Krasnov
(718) 557-9582
filipp.petkevitch@buzko.legal