# EXHIBIT M

**From:** Filipp Petkevitch <filipp.petkevitch@buzko.legal>
**Date:** Monday, 5 February 2024 at 19:42
**To:** Speer, R. Taylor <TSpeer@foxrothschild.com>
**Cc:** Peter Bryce <peter.bryce@buzko.legal>, Robert Lynch <robert.lynch@buzko.legal>
**Subject:** Re: BEEQB/Blockquarry Discussion

Dear Taylor,

It took a while, but here's the spreadsheet with the number of miners, corresponding invoices, and customs information for both facilities that we operated in the U.S. The number of machines may be the ultimate inventory since some of the machines broke down or were sent for repairs. Also, here's the link to the folder with a bit more detailed invoices and even photos of the unpacking of equipment, courtesy of our client. I believe this shall help with any doubts as to whether BEEQB actually owns the equipment.

As for the time for an all-hands call, our client is available on Wednesday 12-3 pm EST; please let me know what works for you and your client.

Best Regards,

Filipp

| Location | No Invoices | Entry Customs | Date | Equipment | Quantity | Site | Total Th/s |
|---|---|---|---|---|---|---|---|
| USA | 235-2513 3953 | 8AT-0000313-4 | 02.11.2021 | S19j pro 92 th/s | 23 | Gaffney | 2116 |
| USA | 235-2513 3953 | 8AT-0000313-4 | 02.11.2021 | S19j pro 104 th/s | 202 | Gaffney | 21008 |
| USA | 235-2513 3953 | 8AT-0000313-4 | 02.11.2021 | S19j pro 96 th/s | 50 | Gaffney | 4800 |
| USA | 235-2513 3953 | 8AT-0000313-4 | 02.11.2021 | S19j pro 100 th/s | 9 | Gaffney | 900 |
| USA | 235-2513 3953 | 8AT-0000313-4 | 02.11.2021 | S19j pro 88 th/s | 2 | Gaffney | 176 |
| USA | 235-0508 5080 | | 02.06.2022 | S19j pro 96 th/s | 47 | OK | 4512 |
| USA | 235-0508 5080 | | 02.06.2022 | S19j pro 104 th/s | 147 | OK | 15288 |
| USA | 235-0508 5080 | | 02.06.2022 | S19j pro 100 th/s | 67 | OK | 6700 |
| USA | 235-0508 5076 | | 05.07.2022 | S19j pro 100 th/s | 265 | OK | 26500 |
| USA | 235-0633 4921 | | 17.09.2022 | S19XP 141 th/s | 145 | OK | 20445 |
| USA | 235-0633 4921 | | 17.09.2022 | S19XP 134 th/s | 24 | OK | 3216 |
| USA | 235-0556 8592 | 8AT-0000532-9-- | 7.10.2022 | S19XP 134 th/s | 44 | Gaffney | 5896 |
| USA | 235-0556 8592 | 8AT-0000532-9-- | 7.10.2022 | S19XP 141 th/s | 126 | Gaffney | 17766 |
| USA | 235-6303 3935 | | 25.11.2022 | S19XP 134 th/s | 44 | OK | 5896 |
| USA | 235-6303 3935 | | 25.11.2022 | S19XP 141 th/s | 126 | OK | 17766 |
| USA | 235-6303 5711 | | 15.12.2022 | S19XP 141 th/s | 61 | OK | 8601 |
| USA | 235-6303 5711 | | 15.12.2022 | S19XP 134 th/s | 113 | OK | 15142 |
| USA | 235-6311 6841 | | 05.01.2023 | S19XP 141 th/s | 80 | OK | 11280 |
| USA | 235-6311 6841 | | 05.01.2023 | S19XP 134 th/s | 60 | OK | 8040 |

| Shipper: | Consignee: |
|---|---|
| SMT TECHNOLOGIES SDN. BHD. | BEEQB LLC |
| PLOT 102 & 102A, BAKAR ARANG INDUSTRIAL ESTATE, 08000 SUNGAI PETANI, KEDAH | 212 NW 4th Avenue Hallandale beach, Florida #33009 |

Invoice # 20221102-1

Date of the invoice: November 02 2021

Payment terms: NET 90 days after delivery

Terms of delivery: EXW Kuala Lumpur

Ref: 0012021120601005

| Item | Model | Q-ty | Description TH/s | Amount, USD |
|---|---|---|---|---|
| 1 | Antminer 240-C (S19j PRO) | 23 | 92 TH/s | 202 501.20 |
| 2 | Antminer 240-C (S19j PRO) | 202 | 104 TH/s | 2 010 465.60 |
| 3 | Antminer 240-C (S19j PRO) | 50 | 96 TH/s | 459 360.00 |
| 4 | Antminer 240-C (S19j PRO) | 9 | 100 TH/s | 86 130.00 |
| 5 | Antminer 240-C (S19j PRO) | 2 | 88 TH/s | 16 843.20 |

Total: 2 775 300.00 USD

SHIP TO Miami USA

Banking information:

Bank details:

Bank Name: OCBC Bank Ltd

Bank Address: 63 Chulia Street, #10-00 OCBC

Centre East, Singapore 049514

SWIFT Code: OCBCSGSG

Account No (USD): 503-325151-301

**EXHIBIT M**
**PAGE 227**



**NationGate Solution (M) Sdn.Bhd**
2466 & 2511 TINGKAT PERUSAHAAN 4A
KAWASAN PERUSAHAAN PRAI, 13600 PERAI, PULAU PINANG

INVOICE NO: 07102022A
DATE: 7-Oct-2022
Incoterm : EXW

**Shipped To & IOR**
BEEQB LLC
212 NW 4th Avenue Hallandale beach, Florida #33009

## INVOICE

| Model number | CUST PO | QTY | DESCRIPTION | Unit Price (US) | Amount (US) |
|---|---|---|---|---|---|
| S19 XP | | 44 | Antminer S19 XP 134TH/s | 6767.00 | 297748.00 |
| S19 XP | | 126 | Antminer S19 XP 141TH/s | 7121.00 | 897246.00 |

COUNTRY OF ORIGIN: MALAYSIA

HAWB# 235-0556 8592
Order Number : 0012022092901002, 0012022092901003
HTS code: 8543.70.9860

**REMARK**
NO COMMERCIAL VALUE. DECLARED FOR CUSTOMS PURPOSE ONLY

AUTHORIZED SIGNATORY

TOTAL (US)  1,194,994.00

**EXHIBIT M**
**PAGE 228**

| | | | |
|---|---|---|---|
| **DEPARTMENT OF HOMELAND SECURITY**<br>U.S. Customs and Border Protection<br><br>**ENTRY SUMMARY** | | **PAPERLESS** | OMB APPROVAL NO. 1651-0022<br>EXPIRATION DATE 01/31/2021<br>ESTIMATED BURDEN 10 MIN |
| | | 1. Filer Code/Entry No.<br>8AT-0000313-4 | 2. Entry Type<br>01   ABI/A | 3. Summary Date<br>01/07/22   GEZ |
| | | 4. Surety No.<br>036 | 5. Bond Type<br>8 | 6. Port Code<br>5206 | 7. Entry Date<br>12/28/21 |

| 8. Importing Carrier<br>TK | 9. Mode of Transport<br>40 | 10. Country of Origin<br>MY | 11. Import Date<br>12/27/21 |
|---|---|---|---|
| 12. B/L or AWB No.<br>23525133953, SDBA42100877 | 13. Manufacturer ID<br>MYSMTTEC102SUN | 14. Exporting Country<br>TR | 15. Export Date<br>12/27/21 |
| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading | 20. U.S. Port of Unlading<br>5206 |
| 21. Location of Goods/G.O. No.<br>O935  Flight: 0077 | 22. Consignee No.<br>83-227348400 | 23. Importer No.<br>83-227348400 | 24. Reference No. |
| 25. Ultimate Consignee Name and Address<br>BEEQB LLC<br>212 NW 4TH AVE<br><br>Destination: FL<br>City  HALLANDALE BEACH    State  FL   Zip 33009-4015 | | 26. Importer of Record Name and Address<br>BEEQB LLC<br>212 NW 4TH AVE<br><br><br>City  HALLANDALE BEACH    State  FL   Zip 33009-4015 | |

| 27.<br>Line No. | 28. Description of Merchandise | | | 32.<br>A. Entered Value<br>B. CHGS<br>C. Relationship | 33.<br>A. HTSUS Rate<br>B. ADA/CVD Rate<br>C. IRC Rate<br>D. Visa No. | 34.<br>Duty and I.R. Tax |
|---|---|---|---|---|---|---|
| | 29.<br>A. HTSUS No.<br>B. ADA/CVD No. | 30.<br>A. Grossweight<br>B. Manifest Qty. | 31.<br>Net Quantity in HTSUS Units | | | Dollars   Cents |
| 001 | ELECTRIC MACHINE,APPARTUS NSPF<br>8543.70.9960 | 5,008 KG | 16 PKGS<br>286.00 NO | $2,775,300<br>C $1,500<br>N | 2.6% | $72,157.80 |
| | 499 - Merchandise Processing Fee | | | | 0.3464% | $9,613.64 |
| | Totals for Invoice<br>20221102-1 | Invoice Value<br>2,775,300.00 USD | | +/- MMV | Exchange<br>1.00000 | Entered Value<br>2,775,300.00 USD |

| Other Fee Summary for Block 39<br>499 - MPF          $538.40 | 35. Total Entered Value<br>$ 2,775,300<br><br>Total Other Fees<br>$ 538.40 | **CBP USE ONLY** | **TOTALS** |
|---|---|---|---|
| | | A. LIQ CODE | B. Ascertained Duty | 37. Duty<br>$72,157.80 |
| | | REASON CODE | C. Ascertained Tax | 38. Tax |
| 36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT | | D. Ascertained Other | 39. Other<br>$538.40 |
| | | D. Ascertained Total | 40. Total<br>$72,696.20 |

I declare that I am the ☐ Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above, OR ☒ owner or purchaser or agent thereof. I further declare that the merchandise ☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. DECLARANT NAME | TITLE | SIGNATURE | DATE<br>12/22/21 |
|---|---|---|---|
| 42. Broker/Filer Information (Name, address, phone number)<br>Zeus Customs LLC<br>607 SHELBY STREET<br>SUITE 700 PMB 293<br>DETROIT, MI 48226   8478094777 | | 43. Broker/Importer File No.<br>ZEU-24 | |

CBP Form 7501 (2/18)                                                                                       Page 1 of 1

**EXHIBIT M**
**PAGE 229**

PAPERLESS

**DEPARTMENT OF HOMELAND SECURITY**
U.S. Customs and Border Protection

OMB APPROVAL NO. 1651-0022
EXPIRATION DATE 01/31/2021

## ENTRY SUMMARY

| 1. Filer Code/Entry Number<br>8AT-0000532-9 | 2. Entry Type<br>01  ABI/A | 3. Summary Date<br>11/15/22  GEZ | 4. Surety Number<br>036 | 5. Bond Type<br>8 | 6. Port Code<br>5206 | 7. Entry Date<br>11/02/22 |
|---|---|---|---|---|---|---|
| 8. Importing Carrier<br>TK | | 9. Mode of Transport<br>40 | | 10. Country of Origin<br>MY | | 11. Import Date<br>11/02/22 |
| 12. B/L or AWB Number<br>23505568592 | | 13. Manufacturer ID<br>MYNATSOL2511KAW | | 14. Exporting Country<br>MY | | 15. Export Date<br>10/21/22 |
| 16. I.T. Number | 17. I.T. Date | | 18. Missing Docs | 19. Foreign Port of Lading | | 20. U.S. Port of Unlading<br>5206 |
| 21. Location of Goods/G.O. Number | 22. Consignee Number<br>83-227348400 | | | 23. Importer Number<br>83-227348400 | | 24. Reference Number |

25. Ultimate Consignee Name *(Last, First, M.I.)* and Address
BEEQB LLC
Street: 212 NW 4TH AVE

Destination: FL
City: HALLANDALE BEACH    State: FL    Zip: 33009-4015

26. Importer of Record Name *(Last, First, M.I.)* and Address
BEEQB LLC
Street: 212 NW 4TH AVE

City: HALLANDALE BEACH    State: FL    Zip: 33009-4015

| 27. Line No. | 28. Description of Merchandise | | | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and IR Tax |
|---|---|---|---|---|---|---|
| | 29. A. HTSUS No. B. AD/CVD No. | 30. A. Gross Weight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | | | Dollars    Cents |
| 001 | ELECTRIC MACHINE,APPARTUS NSPF<br>8543.70.9860 | 774 KG | 10 PKGS<br>44.00 NO | $297,748<br>C $907<br>N | 2.6% | $7,741.45 |
| | 499 - Merchandise Processing Fee | | | | 0.3464% | $1,031.40 |
| 002 | ELECTRIC MACHINE,APPARTUS NSPF<br>8543.70.9860 | 2,214 KG | 126.00 NO | $897,246<br>C $2,593<br>N | 2.6% | $23,328.40 |
| | 499 - Merchandise Processing Fee | | | | 0.3464% | $3,108.06 |
| | Totals for Invoice<br>07102022A | Invoice Value<br>1,194,994.00 USD | | +/- MMV | Exchange<br>1.00000 | Entered Value<br>1,194,994.00 USD |

| Other Fee Summary *(for Block 39)* | 35. Total Entered Value | **CBP USE ONLY** | | **TOTALS** |
|---|---|---|---|---|
| 499 - MPF    $575.35 | $ 1,194,994 | A. LIQ CODE | B. Ascertained Duty | 37. Duty<br>$31,069.85 |
| | Total Other Fees<br>$ 575.35 | REASON CODE | C. Ascertained Tax | 38. Tax |
| 36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent | | | D. Ascertained Other | 39. Other<br>$575.35 |
| | | | D. Ascertained Total | 40. Total<br>$31,645.20 |

I declare that I am the [ ] Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above, OR [X] owner or purchaser or agent thereof. I further declare that the merchandise [X] was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, OR [ ] was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. Declarant Name *(Last, First, M.I.)*    Title | Signature | Date |
|---|---|---|
| Amy Wicker, VP Customs Operations | | 11/02/22 |
| 42. Broker/Filer Information Name *(Last, First, M.I.)* and Phone Number<br>Zeus Customs LLC<br>14443 BUCK ST<br>TAYLOR, MI 48180   (415) 800-6500 x 409 | 43. Broker/Importer File Number<br>ZEU-44 | |

CBP Form 7501 (5/22)    Page 1 of 1

**EXHIBIT M**
**PAGE 230**

DEPARTMENT OF HOMELAND SECURITY
**U.S. Customs and Border Protection**

Page: 1
ABI CERTIFIED
CST# GEZ
Released

## ENTRY/IMMEDIATE DELIVERY

Zeus Customs LLC
607 SHELBY STREET, SUITE 700 PMB 293
DETROIT, MI 48226
8478094777

19 CFR 142.3, 142.16, 142.22, 142.24

Form Approved
OMB No. 1651-0024
Exp. 08-31-2018

| 1. ARRIVAL DATE | 2. ELECTED ENTRY DATE | 3. ENTRY TYPE CODE/NAME | 4. ENTRY NUMBER |
|---|---|---|---|
| 122721 | | 01 | 8AT-0000313-4 |

| 5. PORT | 6. SINGLE TRANS. BOND | 7. BROKER/IMPORTER FILE NUMBER | |
|---|---|---|---|
| 5206 | | | ZEU-24 |

| | 8. CONSIGNEE NUMBER | | 9. IMPORTER NUMBER |
|---|---|---|---|
| | 83-227348400 | | 83-227348400 |

| 10. ULTIMATE CONSIGNEE NAME | 11. IMPORTER OF RECORD NAME |
|---|---|
| BEEQB LLC<br>212 NW 4TH AVE<br>HALLANDALE BEACH , FL  33009-4015 | BEEQB LLC<br>212 NW 4TH AVE<br>HALLANDALE BEACH , FL  33009-4015 |

| 12. CARRIER NAME | 13. VOYAGE/FLIGHT/TRIP | 14. LOCATION OF GOODS-CODE(S)/NAME(S) |
|---|---|---|
| TK | 0077 | O935  TURKISH AIRLINES |

| 15. VESSEL CODE/NAME |
|---|
| |

| 16. U.S. PORT OF UNLADING | 17. MANIFEST NUMBER | 18. G.O. NUMBER | 19. TOTAL VALUE |
|---|---|---|---|
| 5206 | | | 2,775,300 |

| 20. DESCRIPTION OF MERCHANDISE |
|---|
| ANTMINER BITCOIN MACHINE |

| 21. IT/BL/AWB CODE | 22. IT/BL/AWB NO. | 23. MANIFEST QUANTITY | 24. H.S. NUMBER | 25. COUNTRY OF ORIGIN | 26. MANUFACTURER NO. |
|---|---|---|---|---|---|
| M | 23525133953 | | 8543.70.9960 | MY | MYSMTTEC102SUN |
| H | SDBA42100877 | 16  PKGS | | | |

### 27. CERTIFICATION

I hereby make application for entry/immediate delivery. I certify that the above information is accurate, the bond is sufficient, valid, and current, and that all requirements of 19 CFR Part 142 have been met.

SIGNATURE OF APPLICANT
X

PHONE NO.           DATE
8478094777          12/22/21

29. BROKER OR OTHER GOVT. AGENCY USE

### 28. CBP USE ONLY

☐ OTHER AGENCY ACTION REQUIRED, NAMELY:

☐ CBP EXAMINATION REQUIRED

☐ ENTRY REJECTED, BECAUSE:

DELIVERY AUTHORIZED:     SIGNATURE     DATE

Electronic Entry Release Notification.
I certify proper release for this cargo has been received from U.S. Customs. Date: 12/28/21

Paperwork Reduction Act Statement: An agency may not conduct or sponsor an information collection and a person is not required to respond to this information unless it displays a current valid OMB control number and an expiration date. The control number for this collection is 1651-0024. The estimated average time to complete this application is 15 minutes. If you have any comments regarding the burden estimate you can write to U.S. Customs and Border Protection, Office of Regulations and Rulings, 799 9th Street, NW., Washington DC 20229.

CBP Form 3461 (10/09)

**EXHIBIT M**
**PAGE 231**

Zeus Customs LLC
607 SHELBY STREET
SUITE 700 PMB 293
DETROIT, MI 48226
8478094777
Amy Wicker
aw@zeuslogics.com

## Cargo Release Results

| | |
|---|---|
| Entry Summary: | 8AT-0000313-4 |
| Importer: | BEEQB LLC |
| Trailer No: | |
| Broker Ref. No: | ZEU-24 |
| Cust. Ref. No: | |
| Port of Entry: | 5206 |

23525133953
SDBA42100877    00000016
   [12/28/21 12:00]  95: BILL ARRIVED
[12/28/21 12:00] 98: RELEASED, Release Date Update: 12/28/21 - Selectivity Processing Date
[12/28/21 12:00] 01: ONE USG

Received:    Tue, 12/28/21 3:14 PM EST

*All Times are Eastern Standard Time

| Master Bill | House Bill | 1C |
|---|---|---|
| 23525133953 | SDBA42100877 | 1C Entered |

DEPARTMENT OF HOMELAND SECURITY
**U.S. Customs and Border Protection**

Page: 1
ABI CERTIFIED
CST# GEZ
Released

# ENTRY/IMMEDIATE DELIVERY

Zeus Customs LLC
14443 BUCK ST
TAYLOR, MI 48180
(415) 800-6500 x 409
19 CFR 142.3, 142.16, 142.22, 142.24

Form Approved
OMB No. 1651-0024
Exp. 08-31-2018

| 1. ARRIVAL DATE | 2. ELECTED ENTRY DATE | 3. ENTRY TYPE CODE/NAME | 4. ENTRY NUMBER |
|---|---|---|---|
| 110222 | | 01 | 8AT-0000532-9 |

| 5. PORT | 6. SINGLE TRANS. BOND | 7. BROKER/IMPORTER FILE NUMBER | |
|---|---|---|---|
| 5206 | | | ZEU-44 |

| | 8. CONSIGNEE NUMBER | | 9. IMPORTER NUMBER |
|---|---|---|---|
| | 83-227348400 | | 83-227348400 |

| 10. ULTIMATE CONSIGNEE NAME | 11. IMPORTER OF RECORD NAME |
|---|---|
| BEEQB LLC<br>212 NW 4TH AVE<br>HALLANDALE BEACH, FL 33009-4015 | BEEQB LLC<br>212 NW 4TH AVE<br>HALLANDALE BEACH, FL 33009-4015 |

| 12. CARRIER NAME | 13. VOYAGE/FLIGHT/TRIP | 14. LOCATION OF GOODS-CODE(S)/NAME(S) |
|---|---|---|
| TK | 0157 | |

| 15. VESSEL CODE/NAME |
|---|
| |

| 16. U.S. PORT OF UNLADING | 17. MANIFEST NUMBER | 18. G.O. NUMBER | 19. TOTAL VALUE |
|---|---|---|---|
| 5206 | | | 1,194,994 |

| 20. DESCRIPTION OF MERCHANDISE |
|---|
| ANTIMINER |

| 21. IT/BL/AWB CODE | 22. IT/BL/AWB NO. | 23. MANIFEST QUANTITY | 24. H.S. NUMBER | 25. COUNTRY OF ORIGIN | 26. MANUFACTURER NO. |
|---|---|---|---|---|---|
| M | 23505568592 | 10 PKGS | 8543.70.9860 | MY | MYNATSOL2511KAW |
| | | | 8543.70.9860 | MY | MYNATSOL2511KAW |

**27. CERTIFICATION**

I hereby make application for entry/immediate delivery. I certify that the above information is accurate, the bond is sufficient, valid, and current, and that all requirements of 19 CFR Part 142 have been met.

SIGNATURE OF APPLICANT
X  Amy Wicker, VP Customs Operations

| PHONE NO. | DATE |
|---|---|
| (415) 800-6500 x 409 | 11/02/22 |

29. BROKER OR OTHER GOVT. AGENCY USE

**28. CBP USE ONLY**

☐ OTHER AGENCY ACTION REQUIRED, NAMELY:

☐ CBP EXAMINATION REQUIRED

☐ ENTRY REJECTED, BECAUSE:

DELIVERY AUTHORIZED:   SIGNATURE   DATE

Electronic Entry Release Notification.
I certify proper release for this cargo has been received from U.S. Customs. Date: 11/02/22

Paperwork Reduction Act Statement: An agency may not conduct or sponsor an information collection and a person is not required to respond to this information unless it displays a current valid OMB control number and an expiration date. The control number for this collection is 1651-0024. The estimated average time to complete this application is 15 minutes. If you have any comments regarding the burden estimate you can write to U.S. Customs and Border Protection, Office of Regulations and Rulings, 799 9th Street, NW., Washington DC 20229.

CBP Form 3461 (10/09)

**EXHIBIT M**
**PAGE 233**

Zeus Customs LLC
14443 BUCK ST
TAYLOR, MI 48180
(415) 800-6500 x 409
Amy Wicker
aw@zeuslogics.com

## Cargo Release Results

| | |
|---|---|
| Entry Summary: | 8AT-0000532-9 |
| Importer: | BEEQB LLC |
| Trailer No: | |
| Broker Ref. No: | ZEU-44 |
| Cust. Ref. No: | |
| Port of Entry: | 5206 |

Regular Bill: 23505568592    00000010
  [11/02/22 10:12]  95: BILL ARRIVED
[11/02/22 10:12] 98: RELEASED, Release Date Update: 11/02/22 - Selectivity Processing Date
[11/02/22 10:12] 01: ONE USG

Received:    Wed, 11/02/22 10:12 AM EDT

*All Times are Eastern Standard Time

| Master Bill | House Bill | 1C |
|---|---|---|
| 23505568592 | | 1C Entered |