IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| BEEQB, LLC, a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLOCKQUARRY CORP. f/k/a ISW HOLDINGS, INC., a Nevada Corporation, and PANTHEON RESOURCES, INC.,<br><br>Defendant. | Case No. 7:24-cv-03179-TMC |

## NOTICE OF FILING

The undersigned attorney for the Plaintiff certifies that Defendant Pantheon Resources, Inc. has been served pursuant to Fed. R. Civ. P. Rule 5. The affidavit confirming service is attached to this document as **Exhibit A**.

Respectfully submitted,

/s/ Graham L. Newman
Graham L. Newman (Fed ID #9746)
CHAPPELL, CHAPPELL & NEWMAN
4500 Ft. Jackson Boulevard, Suite 250
Columbia, South Carolina 29209
(803) 233-7050
graham@chappell.law

ATTORNEY FOR THE PLAINTIFF

June 5, 2024