# EXHIBIT A

(Affidavit of Service)

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| BEEQB, LLC, a Florida corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BLOCKQUARRY CORP. AND PANTHEON RESOURCES, INC.,<br><br>Defendant. | CIVIL ACTION NO.: 7-24-cv-3179-TMC<br><br>**AFFIDAVIT OF SERVICE** |

On __May 31, 2024__, I, __Brianna Gamble__, Paralegal, effectuated service of the Summons and Complaint in the above-captioned action on the Defendant. On __May 31, 2024__, I mailed the __Summons and Complaint__ to __Defendant__ for service on the above-named Defendant, __Pantheon Resources, Inc.__. Service was effected upon Defendant by __certified/registered mail (return receipt attached)__. __Pantheon Resources, Inc.__ received service of process on __June 3, 2024__ at __16192 Coastal Highway, Lewes, Delaware 19958__.

_____
Brianna Gamble

SWORN TO AND SUBSCRIBED before me
This 5th day of June 2024.

_____
NOTARY PUBLIC FOR SOUTH CAROLINA
My Commission Expires: 1-5-2032



June 3, 2024

Dear Brianna Gamble:

The following is in response to your request for proof of delivery on your item with the tracking number: **9408 1112 0620 4798 6579 96**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | June 3, 2024, 1:40 pm |
| **Location:** | LEWES, DE 19958 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail Restricted Delivery |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | Pantheon Resources Inc c o Harvard Business Se |

## Shipment Details

**Weight:** 1lb, 11.0oz

## Recipient Signature

Signature of Recipient: *[signature: A Rothammer]*

Address of Recipient: 16192 COASTAL HWY, LEWES, DE 19958

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004