IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| **BEEQB, LLC, a Florida Corporation,** | |
| **Plaintiff,** | Case No.: 7-24-cv-3179-TMC |
| v. | |
| **BLOCKQUARRY CORP. f/k/a ISW HOLDINGS, INC., a Nevada Corporation, and PANTHEON RESOURCES, INC.,** | |
| **Defendant.** | |

**WAIVER OF SERVICE COVERPAGE**

See waiver of service attached.

                                         Respectfully submitted,

                                         */s/ Graham L. Newman.*
                                        Graham L. Newman, Esq. (Fed ID #9746)
                                        Post Office Box 61170
                                        CHAPPELL, CHAPPELL & NEWMAN
                                        4500 Ft. Jackson Boulevard, Suite 250
                                        Columbia, South Carolina 29209
                                        (803) 233-7050
                                        graham@chappell.law

                                        ATTORNEY FOR PLAINTIFF

June 17, 2024