IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| BEEQB, LLC, a Florida Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLOCKQUARRY CORP. f/k/a ISW HOLDINGS, INC., a Nevada Corporation, and PANTHEON RESOURCES, INC.,<br><br>Defendant. | Case No.: 7-24-cv-3179-TMC<br><br>**NOTICE OF FILING** |

Pursuant to text order/ECF Filing No. 9, Plaintiff hereby shows the following:

    Plaintiff Beeqb, LLC is comprised of one member—Maxim Eliseev—who is a resident of the State of Florida.

    Respectfully submitted,

    */s/ Graham L. Newman.*
Graham L. Newman, Esq. (Fed ID #9746)
CHAPPELL, CHAPPELL & NEWMAN
4500 Ft. Jackson Boulevard, Suite 250
Columbia, South Carolina 29209
(803) 233-7050
graham@chappell.law

    ATTORNEY FOR PLAINTIFF

June 17, 2024