# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### (SPARTANBURG DIVISION)
### Civil Action No. 7:24-cv-03179-TMC

| | |
|---|---|
| BEEQB, LLC, a Florida corporation, § | |
| § | |
| Plaintiff(s), § | **NOTICE OF APPEARANCE** |
| § | |
| v. § | |
| § | |
| BLOCKQUARRY CORP. f/k/a ISW § | |
| HOLDINGS, INC., a Nevada Corporation, § | |
| and PANTHEON RESOURCES, INC., § | |
| § | |
| Defendant(s). § | |

## NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANT PANTHEON RESOURCES, INC.

The undersigned, Trent M. Grissom, hereby respectfully notifies the Clerk of this Court and all parties of his appearance as counsel for Defendant in the above-entitled action and requests to be notified of all proceedings and filings throughout the duration of the matter.

This the 24TH day of June, 2024.

                                                            Respectfully submitted,

                                                            /s/ Trent M. Grissom_____
                                                                Trent M. Grissom
                                                                SC Bar No. 77718
                                                                Fed ID No. 10671
                                                                **McGrath & Spielberger, PLLC**
                                                                6201 Fairview Rd., Suite #330
                                                                Charlotte, NC 28210
                                                                (704) 271-5000 – Telephone
                                                                trent@mcgrathspielberger.com

                                                                *Attorneys for Defendant Pantheon Resources, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2024, I caused the foregoing **NOTICE OF APPEARANCE** to be filed via CM/ECF which will provide notice of its filing to:

Graham L. Newman
**Chappell, Chappell, & Newman**
4500 Fort Jackson Blvd., Suite 250
Columbia, SC 29209
graham@chappell.law

*Attorneys for Plaintiff*

Andrew A. Mathias
**Maynard Nexsen**
104 South Main Street, Suite 900
Greenville, SC 29601
amathias@maynardnexsen.com

*Attorneys for Defendant Blockquarry Corp.*

/s/ Trent M. Grissom
Trent M. Grissom

*Attorneys for Defendant Pantheon Resources, Inc.*