## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUT H CAROLINA
## SPARTANBURG DIVISION

| | |
|---|---|
| BEEQB, LLC, a Florida Corporation, ) ) Plaintiff, ) ) vs. ) ) BLOCKQUARRY CORP., f/k/a ISW ) HOLDINGS, INC., a Nevada Corporation, ) And PANTEHON RESOURCES, INC., ) ) Defendant. ) ) | **MOTION TO DISMISS COUNTERCLAIM OF DEFENDANT BLOCKQUARRY, CORP.** |

Plaintiff Beeqb, LLC, by and through its undersigned counsel, moves to dismiss the counterclaim of Defendant Blockquarry, Corp., f/k/a ISW Holdings, Inc. pursuant to Fed. R. Civ. P. 12(b)(6). Plaintiff asserts that the Defendant's counterclaim fails to state a claim for which relief can be granted. Plaintiff supports its claim through the memorandum of law attached to this motion.

**CHAPPELL, CHAPPELL & NEWMAN**

By: */s/ Graham L. Newman*
Graham L. Newman, Federal Bar No. 9746
4500 Fort Jackson Blvd., Suite 250
Columbia, South Carolina 29209
Tel: (803) 266-1553
graham@chappell.law

**BUZKO KRASNOV**
Evgeny Krasnov
evgeny.krasnov@buzko.legal
Tel: (718) 557-9582
Robert Lynch
Robert.lynch@buzko.legal
Tel: (914) 450-6989
228 Park Avenue South
PMB 85451

1

New York, New York 10003
*Pro Hac Vice Motions forthcoming*

*Attorneys for Plaintiff, Beeqb, LLC*