UNITED STATES DISTRICT COURT
DISTRICT OF SOUT H CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| BEEQB, LLC, a Florida Corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **MOTION TO DISMISS AMENDED** |
| BLOCKQUARRY CORP., f/k/a ISW ) | **COUNTERCLAIMS OF DEFENDANT** |
| HOLDINGS, INC., a Nevada Corporation, ) | **BLOCKQUARRY, CORP.** |
| And PANTEHON RESOURCES, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to Fed. R. Civ. P. 12(b)(6), Plaintiff Beeqb, LLC moves to dismiss the amended counterclaims of Defendant Blockquarry Corp, f/k/a ISW Holdings, Inc. Plaintiff submits the attached memorandum of law in support of its motion.

Respectfully submitted,

/s/ Graham L. Newman
Graham L. Newman (S.C. Fed. ID #9746)
CHAPPELL, CHAPPELL & NEWMAN
4500 Fort Jackson Boulevard, Suite 250
Columbia, South Carolina 29209
(803) 233-7050
graham@chappell.law

Evgeny Krasnov
Robert Lynch
BUZKO KRASNOV
228 Park Avenue S
PMB 85451
New York, New York 10003
Evgeny.krasnov@buzko.legal
Filipp.petkevitch@buzko.legal
*Pending Pro Hac Vice Admission*

ATTORNEYS FOR PLAINTIFF

1