# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| BEEQB, LLC, a Florida Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BLOCKQUARRY CORP., f/k/a ISW HOLDINGS, INC., a Nevada Corporation, and PANTHEON RESOURCES, INC.,<br><br>　　　　　Defendant. | C/A No.: 7:24-cv-03179-TMC<br><br>**CONSENT MOTION FOR EXTENSION OF TIME** |

　　　　Defendant BlockQuarry Corp., f/k/a ISW Holdings, Inc. ("BlockQuarry"), by and through its undersigned counsel, hereby files this Consent Motion for Extension of Time ("Motion") and respectfully requests that this Court issue an Order extending BlockQuarry's deadline to file its Response to Plaintiff BEEQB, LLC's ("Plaintiff") Motion to Dismiss Amended Counterclaims of Defendant BlockQuarry, Corp. ("Motion to Dismiss") (ECF No. 27) by 10 days, to October 7, 2024. In support of this Motion, BlockQuarry states as follows:

　　　　1.　　On September 13, 2024, Plaintiff filed its Motion to Dismiss. (ECF No. 27).

　　　　2.　　BlockQuarry's deadline to file its Response to the Motion to Dismiss is currently September 27, 2024. *Id.*

　　　　3.　　Two of BlockQuarry's undersigned counsel have been, and will continue to be, out of the office for personal reasons through September 27, 2024. Therefore, BlockQuarry is respectfully requesting that the Court issue an Order that extends BlockQuarry's deadline to file its Response by 10 days, to October 7, 2022. In return, BlockQuarry has agreed to give Plaintiff a concomitant 10-day extension of time to file its Reply in support of its Motion to Dismiss.

1

4. BlockQuarry's deadline to file its Response has not been previously extended, and the requested extension will not affect any other deadlines.

5. Prior to filing this Motion, and pursuant to Local Civ. Rule 7.02, undersigned counsel consulted with counsel for Plaintiff, and Plaintiff's counsel has indicated that Plaintiff consents to the relief requested herein.

Based on the foregoing, BlockQuarry respectfully requests that the Court grant this Motion and issue an Order extending BlockQuarry's deadline to file its Response to Plaintiff's Motion to Dismiss by 10 days, to October 7, 2024. BlockQuarry also respectfully requests that the Court issue an Order extending Plaintiff's deadline to file its Reply in support of its Motion to Dismiss by 10 days, to October 24, 2024.

Respectfully submitted,

MAYNARD NEXSEN PC

s/ Andrew A. Mathias
Andrew A. Mathias, Fed. ID No. 10166
Konstantine P. Diamaduros, Fed. ID No. 12368
Elizabeth C. Edmondson, Fed. ID No. 13208
104 S. Main Street, Suite 900 (29601)
Post Office Drawer 10648
Greenville, South Carolina 29603
Phone: 864.370.2211
Fax: 864.477.2617
AMathias@maynardnexsen.com
KDiamaduros@maynardnexsen.com
EEdmondson@maynardardnexsen.com

*Attorneys for Defendant Blockquarry Corp. f/k/a ISW Holdings, Inc.*

September 19, 2024
Greenville, South Carolina