IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| BEEQB, LLC, a Florida corporation,<br><br>          Plaintiff,<br><br>v.<br><br>BLOCKQUARRY CORP. f/k/a ISW HOLDINGS, INC., a Nevada Corporation, and PANTHEON RESOURCES, INC.,<br><br>          Defendants. | Case No. 7:24-cv-03179-TMC<br><br>**DEFENDANT PANTHEON RESOURCES, INC.'S RESPONSE IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND COMPLAINT** |

NOW COMES Defendant Pantheon Resources, Inc. ("Pantheon"), by and through the undersigned counsel, and responds in support of Plaintiff's [35] Motion to Amend Complaint as follows:

Defendant Pantheon does not object to and hereby consents to the entry of Plaintiff's Proposed Amended Complaint [35] as the operative Complaint in this matter.

Dated:  This 12th day of November, 2024.

Respectfully submitted,

/s/ Trent M. Grissom
Trent M. Grissom (Federal Bar No. 10671)
MCGRATH & SPIELBERGER, PLLC
7300 Carmel Executive Park Drive, Suite 300
Charlotte, NC  282226
Telephone: (704) 271-5000
trent@mcgrathspielberger.com
*Attorney for Defendant Pantheon Resources, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Defendant Pantheon Resources, Inc.'s Response in Support of Plaintiff's Motion to Amend Complaint has been submitted via the electronic filing system and thus has been served on all Parties via its/their attorney of record as follows:

Graham L. Newman
CHAPPELL, CHAPPELL & NEWMAN
4500 Fort Jackson Blvd, Suite 250
Columbia, SC 29209
graham@chappell.law
*Attorney for Plaintiff*

Andrew A. Mathias
MAYNARD NEXSEN
104 South Main Street, Suite 900
Greenville, SC 29601
amathias@maynardnexsen.com
*Attorneys for Defendant Blockquarry Corp.*

This 12th day of November, 2024.

/s/ Trent M. Grissom
Trent M. Grissom (Federal Bar No. 10671)
MCGRATH & SPIELBERGER, PLLC
7300 Carmel Executive Park Drive, Suite 300
Charlotte, NC  28226
Telephone: (704) 271-5000
trent@mcgrathspielberger.com
*Attorney for Defendant Pantheon Resources, Inc.*