# EXHIBIT G

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Blockquarry Corp. f/k/a ISW Holdings, Inc., | ) | Civil Action No. 7:23-cv-01427-TMC |
| Plaintiff, | ) | |
| v. | ) | |
| Litchain Corp. and Gaffney Board of Public Works, | ) | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND CROSSCLAIMS BETWEEN PLAINTIFF, BLOCKQUARRY CORP. f/k/a ISW HOLDINGS, INC., AND DEFENDANT/COUNTERCLAIMANT, GAFFNEY BOARD OF PUBLIC WORKS** |
| Defendants. | ) | |
| Gaffney Board of Public Works, | ) | |
| Defendant/Counter and Crossclaimant, | ) | |
| v. | ) | |
| Blockquarry Corp. f/k/a ISW Holdings, Inc., | ) | |
| Counterclaim Defendant, and | ) | |
| Litchain Corp., | ) | |
| Crossclaim Defendant. | ) | |

IT IS HEREBY STIPULATED by Plaintiff/Counterclaim Defendant, Blockquarry Corp. f/k/a ISW Holdings, Inc. ("Blockquarry"), and Defendant/Counterclaimant, Gaffney Board of Public Works ("Gaffney BPW"), by and through undersigned counsel of record, that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, all claims asserted by Blockquarry against Gaffney BPW and all counterclaims asserted by Gaffney BPW against Blockquarry are hereby dismissed and ended with prejudice, with each party bearing its own costs and attorneys' fees.

Defendant/Crossclaim Defendant, Litchain Corp. ("Litchain"), has not appeared in this case and is currently in default of all claims and crossclaims asserted against it. This stipulation of dismissal does not operate to dismiss the claims and crossclaims asserted by Blockquarry and Gaffney BPW against Litchain, which remain pending before this Court.

Respectfully submitted,

November 2, 2023

FOX ROTHSCHILD LLP

2 W. Washington Street
Suite 1100
Greenville, SC 29601
Tel:   864.751.7600

*/s/ R. Taylor Speer*
R. Taylor Speer (Fed. Bar No. 12267)
tspeer@foxrothschild.com

*Attorneys for Blockquarry Corp. f/k/a ISW Holdings, Inc.*

POPE FLYNN, LLC

1411 Gervais Street
Suite 300
Columbia, SC 29201
Tel. 803.354.4900

*/s/ Virginia P. Bozeman*
Virginia P. Bozeman (Fed. Bar No. 13476)
Lawrence E. Flynn III (Fed. Bar No. 14000)
gbozeman@popeflynn.com
lflynn@popeflynn.com

*Attorneys for Gaffney Board of Public Works*