# EXHIBIT H

**EXHIBIT H**
**PAGE 197**

## RE: Gaffney BPW Response to April 21, 2023 Demand

Ginny Bozeman <gbozeman@popeflynn.com>

Tue 11/14/2023 5:44 PM

To:Filipp Petkevitch <filipp.petkevitch@buzko.legal>
Cc:Roman Buzko <roman.buzko@buzko.legal>;Robert Lynch <robert.lynch@buzko.legal>;Lawrence Flynn <lflynn@popeflynn.com>;Taylor Speer (TSpeer@foxrothschild.com) <TSpeer@foxrothschild.com>

Good morning,

Distribution will occur through Blockquarry. Please reach out to Taylor Speer, counsel for Blockquarry, regarding this. He is copied on this email.

Thanks,

**Ginny Bozeman**
Senior Counsel

DIRECT: (803) 354-4947
CELL: (901) 299-0667
FAX: (803) 354-4899

popeflynn.com | vCard



1411 Gervais St.
Suite 300
Columbia, SC 29201

**CONFIDENTIAL COMMUNICATION:** The information contained in this message may contain legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this transmission is strictly prohibited. If you have received this communication in error, please notify us by telephone or email immediately and return the original message to us or destroy all printed and electronic copies. Nothing in this transmission is intended to be an electronic signature nor to constitute an agreement of any kind under applicable law unless otherwise expressly indicated. Intentional interception or dissemination of electronic mail not belonging to you may violate federal or state law.

---

**From:** Filipp Petkevitch <filipp.petkevitch@buzko.legal>
**Sent:** Tuesday, November 14, 2023 9:24 AM
**To:** Ginny Bozeman <gbozeman@popeflynn.com>
**Cc:** Roman Buzko <roman.buzko@buzko.legal>; Robert Lynch <robert.lynch@buzko.legal>; Lawrence Flynn <lflynn@popeflynn.com>
**Subject:** Re: Gaffney BPW Response to April 21, 2023 Demand

Hello, I saw that there is an entry of default entered yesterday. Can you please update us on plans to distribute BEEQB's equipment?

Best Regards,
Filipp

**EXHIBIT H**
**PAGE 198**