# EXHIBIT L

**EXHIBIT L**
**PAGE 220**



**R. Taylor Speer**
📞 (864) 751-7665
✉ tspeer@foxrothschild.com

Suite 1100
2 W. Washington Street
Greenville, SC  29601

January 24, 2024

*Via email only*
Filipp Petkevitch
BUZKO KRASNOV
filipp.petkevitch@buzko.legal

  Re: BEEQB's purported claim to miners present at the Gaffney, South Carolina Bitcoin mining site

154150385

Dear Filipp:

  I write on behalf of Blockquarry Corp. (Blockquarry) to respond to your correspondence on behalf of BEEQB, which I understand is a Florida limited liability company.

  ***Background***.  You previously served a printed spreadsheet identifying the make and serial number of miners that BEEQB claims belong to it (BEEQB Inventory), and that were purportedly present on the premises located in Gaffney, South Carolina at address 150 Hyatt Street (Premises).  You also served a document that is, purportedly, a purchase and sale agreement between BEEQB and Uptime Armory, LLC (Uptime Armory), whereby BEEQB agreed to purchase five shipping containers for Bitcoin mining from Uptime Armory.  You failed to provide a copy of a purported hosting agreement between BEEQB and Uptime Armory.  You are aware BEEQB alleges this agreement governed Bitcoin mining hosting on the Premises (Alleged Hosting Agreement).  You are also aware the Alleged Hosting Agreement is attached to a lawsuit BEEQB filed against Uptime Armory and others in Florida state court.  *See BEEQB, LLC v. Uptime Hosting LLC*, 2023-022858-CA-01 (Cir. Ct. of Miami-Date County, Sept. 12, 2023).

  ***Blockquarry Inventory***.  Blockquarry performed an inventory of miners present on the Premises as of approximately November 16, 2023 (Blockquarry Inventory).  Generally, the Blockquarry Inventory matches the BEEQB Inventory.

A Pennsylvania Limited Liability Partnership

California  Colorado  Delaware  District of Columbia  Florida  Georgia  Illinois  Massachusetts  Minnesota  Missouri
Nevada  New Jersey  New York  North Carolina  Oklahoma  Pennsylvania  South Carolina  Texas  Washington

**EXHIBIT L**
**PAGE 221**



***Ownership of Miners***.  BEEQB claims it owns and demands return of miners identified on the BEEQB Inventory.  BEEQB's claim of ownership is unsupported and dubious for the following reasons, among others.  First, Blockquarry has no oral or written agreements with BEEQB (for mining on the Premises or otherwise).  Perhaps this is why you omitted the Alleged Hosting Agreement when communicating with me.  Second, Blockquarry learned of BEEQB's purported presence on the Premises after it filed case number 7:23-cv-01427-TMC.  Third, BEEQB alleges in its lawsuit against Uptime Armory that it maintained the Alleged Hosting Agreement for hosting miners on the Premises, yet the Alleged Hosting Agreement identifies the hosted miners as 1,400 (quantity) 100 terahash/second Bitmain Antminer.  The BEEQB Inventory reflects *only nine* (quantity) 100 terahash miners.  Thus, either the BEEQB Inventory, the Alleged Hosting Agreement, or BEEQB's allegations in the lawsuit *must* be wrong.  And the alleged agreement you provided, between BEEQB and Uptime Armory—for the purchase of *containers*—does nothing to reconcile the discrepancies.

***Authorization for Mining***.  Blockquarry is troubled that BEEQB may have been mining Bitcoin on the Premises.  If true, it means Blockquarry paid the incumbent utility for millions of dollars' worth of electricity and took on other obligations and risk with no reciprocal benefit.

***Blockquarry's Request for Information***.  Given the foregoing, Blockquarry requests BEEQB: 1) state how it developed the BEEQB Inventory, 2) provide evidence that miners identified in the BEEQB Inventory belong to BEEQB, 3) provide any purported oral or written agreements between BEEQB and Blockquarry, 4) provide any purported oral or written agreements or correspondence between BEEQB and Uptime Armory (or other entity) authorizing BEEQB miners on the Premises, 5) all correspondence with the incumbent utility, in which BEEQB claimed ownership of miners on the Premises, and 6) an accounting of any and power consumed and Bitcoin mined on the Premises, if any (collectively, Requests for Information).

***Inspection of Miners***.  In the meantime, while BEEQB attempts to comply with the Requests for Information, Blockquarry invites BEEQB to physically inspect the miners on the Blockquarry Inventory at their current location.  If BEEQB wishes to avail itself of the inspection, I will coordinate the same with you via telephone.  Any inspection of the miners shall *not* be deemed a waiver of the Requests for Information and shall *not* be deemed a suggestion or inference Blockquarry concedes BEEQB has title or a possessory interest in the miners.  The facts known to Blockquarry evidence otherwise.



    For purpoes of a telephone call, I am available at my office all day tomorrow, January 25. I will not be in the office Friday, January 26 but will have limited availability by phone.

                        Best regards,

                        R. Taylor Speer