# EXHIBIT N

**From:** Filipp Petkevitch <filipp.petkevitch@buzko.legal>
**Sent:** Monday, February 19, 2024 9:25 AM
**To:** Speer, R. Taylor <TSpeer@foxrothschild.com>
**Cc:** Robert Lynch <robert.lynch@buzko.legal>; Peter Bryce <peter.bryce@buzko.legal>
**Subject:** Re: BEEQB/Blockquarry Discussion

Taylor,

Following our call last week, please find the table with monthly electric consumption by BEEQB on the Gaffney site, accompanied by invoices: https://docs.google.com/spreadsheets/d/1flQus9kiw1q1i0eWJ7EmE-Rv6-LmW2P4fWPz5n1d7Fs/edit?usp=sharing. The client should provide the access soon, if you have no access by the time you get to it, kindly request one.


Best Regards,
Filipp

**EXHIBIT N**
**PAGE 236**

| Month | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rate $/KWh | 0.065 | 0.065 | 0.065 | 0.065 | 0.065 | 0.065 | 0.065 | 0.068 | 0.068 | 0.068 | |
| Power consumption, kWh (*approximate*) | 340,028.31 | 673,846.15 | 673,846.15 | 635,342.00 | 633,959.69 | 667,177.08 | 696,961.69 | 701,940.74 | 315,447.11 | 392,425.78 | 5,730,974.71 |
| Paid, usd | $22,101.84 | $43,800.00 | $43,800.00 | $41,297.23 | $41,207.38 | $43,366.51 | $45,302.51 | $47,381.00 | $21,292.68 | $26,488.74 | $376,037.89 |
| Invoice | INVOICE 1158 | INVOICE 1158 | INVOICE 1158 | INVOICE 1203 | INVOICE 1237 | INVOICE 1327 \| August HOST | INVOICE 1400 | INVOICE 1418 | INVOICE 1431 \| January HOSTING POWER BILL.pdf | | |

**Uptime Hosting LLC**
12301 NW 112 Ave Unit 109
Medley, FL  33178 US

**BILL TO**
BEEQB LLC

## INVOICE 1158

**DATE** 04/27/2022    **TERMS** Due on receipt

**DUE DATE** 05/02/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 03/16/2022 | **Monthly Hosting** | March Power Consumption POD #1 - Gaffney, SC: activated March 16, 2022 | 1 | 22,101.84 | 22,101.84 |
| 04/01/2022 | **Monthly Hosting** | April POD5IVE Activation - 1 MW Hosting POD #1 - Gaffney, SC | 1 | 43,800.00 | 43,800.00 |
| | **Hosting Deposit** | First Month Hosting Deposit, paid upon signing | 1 | -43,800.00 | -43,800.00 |
| 05/01/2022 | **Monthly Hosting** | May Hosting - 1 MW Hosting POD #1 - Gaffney, SC | 1 | 43,800.00 | 43,800.00 |

Zelle Instructions:
uptimehostingpay@gmail.com

Wire Transfer Instructions:
Uptime Hosting LLC
Chase Bank
12301 NW 112 Suite 112, Medley, FL 33178
Routing ABA: 267084131
Account #: 760807906
For international incoming wires, use SWIFT/BIC: CHASUS33

| TOTAL DUE | **$65,901.84** |
|-----------|----------------|

**EXHIBIT N**
**PAGE 238**

**Uptime Hosting LLC**
12301 NW 112 Ave Unit 109
Medley, FL  33178 US

**BILL TO**
BEEQB LLC

## INVOICE 1203

**DATE** 06/13/2022    **TERMS** Due on receipt

**DUE DATE** 06/17/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 06/01/2022 | Monthly Hosting | June Hosting- 1 MW Hosting POD #1 - Gaffney, SC | 1 | 41,297.23 | 41,297.23 |
| | Security Deposit | Paid with Customer Deposit of $657,000 | 1 | -41,297.23 | -41,297.23 |

Zelle Instructions:
uptimehostingpay@gmail.com

Wire Transfer Instructions:
Uptime Hosting LLC
Chase Bank
12301 NW 112 Suite 112, Medley, FL 33178
Routing ABA: 267084131
Account #: 760807906
For international incoming wires, use SWIFT/BIC: CHASUS33

**PAID**

| TOTAL DUE | $0.00 |
|-----------|-------|

**EXHIBIT N**
**PAGE 239**









**Uptime Hosting LLC**
12301 NW 112 Ave Unit 109
Medley, FL  33178 US

**BILL TO**
BEEQB LLC

## INVOICE 1237

**DATE** 07/01/2022    **TERMS** Due on receipt

**DUE DATE** 07/08/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 07/01/2022 | Monthly Hosting | July Monthly Hosting | 1 | 41,207.38 | 41,207.38 |
| | Security Deposit | Paid with Customer Deposit of $657,000 | 1 | -41,207.38 | -41,207.38 |

Zelle Instructions:
uptimehostingpay@gmail.com

PAID

Wire Transfer Instructions:
Uptime Hosting LLC
Chase Bank
12301 NW 112 Suite 112, Medley, FL 33178
Routing ABA: 267084131
Account #: 760807906
For international incoming wires, use SWIFT/BIC: CHASUS33

| TOTAL DUE | $0.00 |
|-----------|-------|

**EXHIBIT N**
**PAGE 244**











**Uptime Hosting LLC**
12301 NW 112 Ave Unit 109
Medley, FL  33178 US

**BILL TO**
BEEQB LLC

## INVOICE 1327

**DATE** 09/23/2022    **TERMS** Due on receipt

**DUE DATE** 10/07/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 09/01/2022 | **Monthly Hosting** | August Hosting: 573,631.12 kWh | 1 | 43,366.51 | 43,366.51 |

Zelle Instructions:
uptimehostingpay@gmail.com

Wire Transfer Instructions:
Uptime Hosting LLC
Chase Bank
12301 NW 112 Suite 112, Medley, FL 33178
Routing ABA: 267084131
Account #: 760807906
For international incoming wires, use SWIFT/BIC: CHASUS33

| TOTAL DUE | **$43,366.51** |
|-----------|----------------|









**Uptime Hosting LLC**
12301 NW 112 Ave Unit 109
Medley, FL  33178 US

**BILL TO**
BEEQB LLC

## INVOICE 1400

| | |
|---|---|
| **DATE** 11/16/2022 | **TERMS** Due on receipt |

**DUE DATE** 11/16/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 10/01/2022 | Monthly Hosting | October Monthly Hosting POD 1 Gaffney, SC: 629,940.75 kWh + 72,000 kWh for electrical consumption of POD equipment | 1 | 47,381.00 | 47,381.00 |
| | Hosting Deposit | Paid with remaing Customer deposit of $179,226.38 | 1 | -47,381.00 | -47,381.00 |

Zelle Instructions:
uptimehostingpay@gmail.com

PAID

Wire Transfer Instructions:
Uptime Hosting LLC
Chase Bank
12301 NW 112 Suite 112, Medley, FL 33178
Routing ABA: 267084131
Account #: 760807906
For international incoming wires, use SWIFT/BIC: CHASUS33

| TOTAL DUE | $0.00 |
|---|---|





**Uptime Hosting LLC**
12301 NW 112 Ave Unit 109
Medley, FL  33178 US

**BILL TO**
BEEQB LLC

## INVOICE 1418

**DATE** 12/07/2022   **TERMS** Due on receipt

**DUE DATE** 12/07/2022

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 11/01/2022 | Monthly Hosting | November Hosting | 1 | 21,292.68 | 21,292.68 |
| | Prepaid Hosting monthly | Paid with customer deposit of $131,845.38 | 1 | -21,292.68 | -21,292.68 |

Zelle Instructions:
uptimehostingpay@gmail.com

Wire Transfer Instructions:
Uptime Hosting LLC
Chase Bank
12301 NW 112 Suite 112, Medley, FL 33178
Routing ABA: 267084131
Account #: 760807906
For international incoming wires, use SWIFT/BIC: CHASUS33

PAID

| TOTAL DUE | $0.00 |
|-----------|-------|





**Uptime Hosting LLC**
12301 NW 112 Ave Unit 109
Medley, FL  33178 US

**BILL TO**
BEEQB LLC

## INVOICE 1431

**DATE** 01/06/2023    **TERMS** Due on receipt

**DUE DATE** 01/11/2023

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| 11/28/2022 | **Monthly Hosting** | November Hosting Pryor, OK: 104,779.20 kWh | 1 | 7,334.54 | 7,334.54 |
| 12/01/2022 | **Monthly Hosting** | December Hosting Gaffney, SC: 283,765.91 kWh | 1 | 19,154.20 | 19,154.20 |

Zelle Instructions:
uptimehostingpay@gmail.com

Wire Transfer Instructions:
Uptime Hosting LLC
Chase Bank
12301 NW 112 Suite 112, Medley, FL 33178
Routing ABA: 267084131
Account #: 760807906
For international incoming wires, use SWIFT/BIC: CHASUS33

| TOTAL DUE | $26,488.74 |
|-----------|-----------|

**EXHIBIT N**
**PAGE 260**





