# EXHIBIT O

**From:** Stephen Stenberg <stephen@pantheonresources.ai>
**Date:** Tuesday, 20 February 2024 at 04:15
**To:** Filipp Petkevitch <filipp.petkevitch@buzko.legal>
**Cc:** Kos Kuz <formail.kuznetsov@gmail.com>, lawrence@pantheonfinancial.com <lawrence@pantheonfinancial.com>, Peter Bryce <peter.bryce@buzko.legal>
**Subject:** Re: Offer pertaining to electric bill at Gaffney

Filipp,

We'll be standing by to assist you. I consider mining without a hosting agreement to be in poor faith. We will evaluate our legal options as well.


R/

Steve

---

**From:** Filipp Petkevitch <filipp.petkevitch@buzko.legal>
**Sent:** Monday, February 19, 2024 7:52 PM
**To:** stephen@pantheonresources.ai <stephen@pantheonresources.ai>
**Cc:** Kos Kuz <formail.kuznetsov@gmail.com>; lawrence@pantheonfinancial.com <lawrence@pantheonfinancial.com>; Peter Bryce <peter.bryce@buzko.legal>
**Subject:** Re: Offer pertaining to electric bill at Gaffney

Dear Mr. Stenberg, This offer has not been well received. Our client is in no mood to make a counter-offer as he considers this proposal to be so one-sided as to be in poor faith. Please take no action regarding any equipment or materials that belong to BEEQB, and advise Blockquarry of the same.  Blockquarry is in possession of our client's property.  The client is considering legal remedies for recovery and we will be in touch with Blockquarry's counsel shortly.

Best Regards,
Filipp

---

---------- Forwarded message ---------
From: **Stephen Stenberg** <stephen@pantheonresources.ai>
Date: Mon, Feb 19, 2024 at 5:43 PM
Subject: Offer pertaining to electric bill at Gaffney
To: formail.kuznetsov@gmail.com <formail.kuznetsov@gmail.com>
Cc: Lawrence Davis <lawrence@pantheonfinancial.com>


Good afternoon,

EXHIBIT O
PAGE 265

I am writing to get ahead on some movement that is taking place to resolve the issue of unpaid electric bills from the Bitcoin mining operation at Gaffney, South Carolina.

Pantheon Resources Inc. has offered to assume the balance of unpaid electric in order to help BlockQuarry Corp. clear its books in preparation for new business. BlockQuarry Corp. has signaled its approval of this transfer.

Attached are a few documents related to this action and what we have in mind with respect to this balance.

Description of attachments:

1. Documents related to BlockQuarry's intent to transfer this account to Pantheon Resources: When BEEQB name first came up around December 2023 while Pantheon and BlockQuarry officers were investigating those who accessed the Gaffney site without a hosting agreement, we originally drafted language that placed the full amount of unpaid electric (~$750,000) with BEEQB. This has been corrected as new information was made available and we recognize and accept your claimed amount of $376,037.89.

2. An offer from Pantheon Resources that will allow BEEQB to resolve this balance through mutual business agreements.

Both BlockQuarry and Pantheon Resources see mutual benefits across our three firms, and we aim to move with purposeful intent to resolve any issues that have arisen from the confusing and frustrating operation which took place at Gaffney.

I welcome your feedback and any ideas you have to advance a creative, amicable solution for the balance.

Please do not hesitate to contact me or Lawrence Davis who is copied here.

Thank you very much

R/

Steve


STEPHEN T. STENBERG
CFO
Pantheon Resources Inc.

Interim-CEO/CFO
BlockQuarry Corp.

917-524-8734
stephen@pantheonresources.ai
New York, NY

**EXHIBIT O**
**PAGE 266**



December 14, 2023

BlockQuarry Corp.

Houston, TX
Attention: Lawrence Davis

**Re: Purchase of Debt Owed to BlockQuarry Corp.**

    This Agreement (this "**Agreement**") is being executed in furtherance of a transaction by BlockQuarry Corp, a Nevada Corporation ("**BLQC**") and Pantheon Resources Inc., a Delaware corporation involving Pantheon Resources purchasing the debt that is owed to BlockQuarry from BEEQB LLC, a Florida Limited Liability Company from unpaid power bills at the Gaffney, South Carolina site in the approximate amount of $750,000.00 USD.

1. <u>Terms of the Agreement</u>

    1. Pantheon Resources Inc., purchases the debt that is owed to BlockQuarry from BEEQB LLC, in exchange for services rendered relating to the move of Block-Quarry's assets and equipment from Gaffney, South Carolina to Missouri.

    2. Pantheon Resources Inc., as the holder of the debt has the authority from BlockQuarry to negotiate on any matters related to this debt.

1. <u>Covenants of BLQC and Pantheon Resources Inc</u>. BLQC and Pantheon Resources Inc., will: (a) conduct its business in the ordinary course in a manner consistent with past practice, (b) maintain its properties and other assets in good working condition (normal wear and tear excepted), and (c) use its best efforts to maintain its business and employees, customers, assets and operations as an ongoing concern in accordance with best industry practices.

2.     <u>**GOVERNING LAW**</u>**. THIS LETTER SHALL BE GOVERNED BY AND CONSTRUED IN ACCORDANCE WITH INTERNAL LAWS OF THE STATE OF TEXAS, WITHOUT GIVING EFFECT TO ANY CHOICE OR CONFLICT OF LAW PROVISION OR RULE (WHETHER OF THE STATE OF TEXAS OR ANY OTHER JURISDICTION) THAT WOULD CAUSE THE APPLICATION OF**

Letter of Intent
Page 1 of 3

EXHIBIT O
PAGE 267

**LAWS OF ANY JURISDICTION OTHER THAN THOSE OF THE STATE OF TEXAS.**

3. <u>Confidentiality</u>. This Letter is confidential to the Parties and their representatives.

4. <u>No Third Party Beneficiaries</u>. Except as specifically set forth or referred to herein, nothing herein is intended or shall be construed to confer upon any person or entity other than the Parties and their successors or assigns, any rights or remedies under or by reason of this Letter.

5. <u>Miscellaneous.</u> This Agreement may be executed in counterparts, each of which shall be deemed to be an original, but all of which together shall constitute one agreement. The headings of the various sections of this Agreement have been inserted for reference only and shall not be deed to be a part of this Agreement.

**[SIGNATURE PAGE FOLLOWS]**

**Pantheon Resources Inc.**

By:_____

Printed Name: Lawrence Davis, President of Pantheon Resources Inc.

**BlockQuarry Corp.**

By:

Printed Name: Alonzo Pierce, President & Chairman of BlockQuarry Corp.

Letter of Intent
Page 3 of 3

**EXHIBIT O**
**PAGE 269**



Pantheon Resources Inc.                                    19 February 2024

14707 75th LN N

Loxahatchee, FL 33470


BEEQB LLC

1830 S Ocean Dr

Hallandale Beach, FL 33009


In recognition of an imminent transfer of ownership of the balance incurred by BEEQB LLC for electricity use on the Bitcoin mining operation at the site located in Gaffney, South Carolina, the team at Pantheon Resources Inc. would like to present a formal offer for your consideration. Following completion of the transfer of the account to Pantheon Resources Inc., we aim to offer flexible solutions that can help you.

We understand the complex nature of Cryptocurrency mining, but also the opportunities it presents, and we wish to resolve any outstanding issues so our firms can advance our business goals. With this we propose the following for settling the outstanding balance of $376,037.89.


Mining Operation Agreement:

Enter into a service agreement with Pantheon Resources Inc. where we will host and operate your mining operation. The revenue generated from the mining operation will be applied towards the Operation and Maintenance of the site, with the remainder being applied towards the balance owed until the full amount ($376,037.89) is satisfied. Afterwords, a fair and competitive revenue share agreement can be implemented. The terms of this agreement, including duration and specific operational details, will be negotiated and defined before executing a definitive binding Agreement.



We believe that this offers a fair and reasonable path that would allow us to resolve this matter amicably while opening a channel to continue a professional relationship. We are open to discussing this option further and are certainly willing to negotiate the terms to customize a plan that works.

We are committed to working with you to finalize an agreement. Your prompt response will be appreciated.


Respectfully,



LAWRENCE DAVIS

Chairman

Pantheon Resources Inc.

EXHIBIT O
PAGE 271



# BLOCKQUARRY™

## Letter of Intent

Pantheon Resources Inc. (Buyer)  
14707 75th LN N  
Loxahatchee, FL 33470

15 February 2024

BlockQuarry Corp. (Seller)  
700 Louisiana Street, Suite 3950  
Houston, TX 77002

Re: Intent to Sell Debt Owed to BlockQuarry Corp.

This Letter of Intent (LOI) is made between BlockQuarry Corp., hereby referred to as the "Seller", and Pantheon Resources Inc., hereby referred to as the "Buyer". The purpose of this is to outline the principal terms and conditions under which the Seller agrees to sell and transfer to the Buyer, and the Buyer agrees to purchase from the Seller, the outstanding debt valued at $750,000 (the "Debt").

### 1. Sale of Debt

The Seller hereby agrees to sell, and the Buyer agrees to purchase the Debt that is owed to the Seller from BEEQB LLC, a Florida Limited Liability Company for unpaid power bills related to mining operations at the Gaffney, South Carolina site in the amount of $750,000. This sale and purchase are subject to the terms and conditions to be set forth in a definitive Debt Purchase Agreement (the "Agreement"), to be negotiated and executed by both parties.

### 2. Ownership of Debt

Upon execution of the Agreement and payment, the Buyer shall become the sole owner of the Debt. The Seller shall take all necessary actions to ensure that ownership of the Debt is effectively transferred to the Buyer.

(continued on next page)

DocuSigned by:  
Lawrence Davis  
A038F2F772BF461...

1

EXHIBIT O  
PAGE 272

## 3. Release of Claims

The Seller hereby agrees to release and forever discharge the Buyer from any and all claims, actions, and demands related to the Debt. The Seller confirms that it will not pursue any future claims against the Buyer related to the Debt. The Seller hereby gives the Buyer the full authority to transact with BEEQB LLC as the Buyer sees fit, without restrictions or claims from the Seller.

## 4. Application Towards Outstanding Debt

The parties acknowledge that the sale of the Debt as outlined in this LOI shall count towards any outstanding debt owed by the Seller to the Buyer relating to the move of Seller's assets and equipment from Gaffney, South Carolina to Missouri.

## 5. Confidentiality

Both parties agree to keep the terms of this LOI and all related negotiations confidential. The Seller agrees to release the terms of the LOI to BEEQB LLC.

## 6. No Binding Obligation

This LOI does not constitute a binding agreement to proceed with the sale of the Debt, except for the confidentiality obligations set forth herein. A binding agreement shall come into effect upon the execution of the definitive Agreement by both parties.

## 7. Governing Law

This LOI shall be governed by and construed in accordance with the laws of the State of Texas.

Signature:

ALONZO PIERCE
Chairman
BlockQuarry Corp.

*[signature]*

Signature:

LAWRENCE DAVIS
Chairman
Pantheon Resources Inc.

DocuSigned by:
*Lawrence Davis*
A038F2F772BF461...

**EXHIBIT O**
**PAGE 273**