# EXHIBIT Q

**EXHIBIT Q
PAGE 276**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Blockquarry Corp. f/k/a ISW Holdings, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>Litchain Corp. and Gaffney Board of Public Works,<br><br>    Defendants.<br>_____<br><br>Gaffney Board of Public Works,<br><br>    Defendant/Counter- and Cross-Claimant,<br><br>v.<br><br>Blockquarry Corp. f/k/a ISW Holdings, Inc.,<br><br>    Counterclaim Defendant,<br><br>and<br><br>Litchain Corp.,<br><br>    Defendant/Crossclaim-Defendant. | C/A No.: 7:23-cv-01427-TMC<br><br><br><br><br><br><br><br>**UNOPPOSED MOTION TO WITHDRAW OF R. TAYLOR SPEER AND LAW FIRM FOX ROTHSCHILD LLP** |

    R. Taylor Speer and the law firm Fox Rothschild LLP, pursuant to Local Civ. Rule 83.I.07(A) (D.S.C.) and South Carolina Rule of Professional Conduct 1.16, move the Court for an order permitting R. Taylor Speer and the law firm Fox Rothschild LLP (collectively, "Counsel") to be relieved as counsel in this matter for Plaintiff/Counterclaim Defendant Blockquarry Corp. f/k/a ISW Holdings, Inc. ("Blockquarry").

    Counsel moves to withdraw on the basis that a conflict of interest has developed. Pursuant to Local Civ. Rule 83.I.07(A) (D.S.C.), Counsel states the instant motion is made *with the consent*

**EXHIBIT Q**
**PAGE 277**

*of Blockquarry, and it will not leave Blockquarry unrepresented* in the case. On April 8, 2024, Andrew A. Mathias of law firm Maynard Nexsen filed a notice of appearance for Blockquarry, and Mr. Mathias shall remain as counsel for Blockquarry following Counsel's withdrawal, if permitted by the Court.

Pursuant to Local Civ. Rule 7.02 (D.S.C.), the undersigned states it consulted with opposing counsel, who provided consent to the relief sought in the instant motion on behalf of Gaffney Board of Public Works, proposed intervenor Bitmain Technologies Georgia Limited, and proposed intervenor Crypto Infiniti LLC. The undersigned states it did not seek a consultation with the only remaining party, Litchain Corp., because Litchain Corp. defaulted in this case and has never made an appearance. (*See* ECF Nos. 59 and 76.)

WHEREFORE Counsel requests this Court enter an order permitting Counsel to withdraw and relieving Counsel of any further duty with respect to the instant case.

Respectfully submitted,

| | |
|---|---|
| April 9, 2024 | FOX ROTHSCHILD LLP |
| | 2 W. Washington Street<br>Suite 1100<br>Greenville, SC 29601<br>Tel:   864.751.7600 |
| Greenville, South Carolina | */s/R. Taylor Speer*<br>R. Taylor Speer<br>Federal ID# 12267<br>tspeer@foxrothschild.com |
| | *Attorneys for Plaintiff Blockquarry Corp. f/k/a ISW Holdings, Inc.* |
| 157159876 | |