**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION**

| | |
|---|---|
| **BEEQB LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**BLOCKQUARRY CORP. f/k/a ISW HOLDINGS, INC., PANTHEON RESOURCES, INC. and HYLMEN, LLC,**<br><br>    Defendant(s). | Case No.: 7-24-cv-3179-TMC |

**NOTICE OF FILING COVERPAGE**

See proof of service attached.

                                            Respectfully submitted,

                                            */s/ Graham L. Newman.*
                                            Graham L. Newman, Esq. (Fed ID #9746)
                                            Post Office Box 61170
                                            CHAPPELL, CHAPPELL & NEWMAN
                                            4500 Ft. Jackson Boulevard, Suite 250
                                            Columbia, South Carolina 29209
                                            (803) 233-7050
                                            graham@chappell.law

                                            ATTORNEY FOR PLAINTIFF

November 18, 2024