UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Beeqb, LLC, | ) | |
| | ) | |
|           Plaintiff, | ) | |
| | ) | |
|       vs. | ) | **Motion for Pro Hac Vice** |
| | ) | **Admission** |
| Blockquarry Corp., f/k/a ISW Holdings, Inc., | ) | |
| Pantheon Resources, Inc., and Hylmen, LLC, | ) | |
| | ) | |
|           Defendants. | ) | |
| | ) | |

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that Robert Lynch, Esq. be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).

2

☒     Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐will likely oppose; **XX** does not intend to oppose

☐

Respectfully submitted,

/s/ Graham L. Newman
Graham L. Newman (Fed ID #9746)
CHAPPELL, CHAPPELL & NEWMAN
4500 Fort Jackson Boulevard
Suite 250
Columbia, South Carolina 29209
(803) 233-7050
graham@chappell.law