# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| BEEQB, LLC,<br><br>               Plaintiff,<br>   v.<br><br>BLOCKQUARRY CORP. f/k/a ISW HOLDINGS, INC., a Nevada corporation, PANTHEON RESOURCES, INC. and HYLMEN, LLC,<br><br>               Defendants. | CIVIL ACTION NO. 7:24-CV-3179-TMC |

## DEFENDANT HYLMEN, LLC'S
## STATEMENT OF MEMBERSHIP CITIZENSHIP

Defendant Hylmen, LLC ("Hylmen"), in accordance with ECF #44 from this Court, hereby responds as follows:

- Defendant Hylmen, LLC is a limited liability company formed under the laws of the state of Wyoming with its principal place of business located within the state of Missouri.

- The sole member of Defendant Hylmen is Mr. Shawn Vaught, a citizen and resident of the state of Missouri.

This 26th day of November, 2024.

                                              Respectfully submitted,

                                              */s/ Trent M. Grissom*
                                              Trent M. Grissom (Fed. Bar No. 10671)
                                              MCGRATH & SPIELBERGER, PLLC
                                              7300 Carmel Executive Park Dr., Suite 300
                                              Charlotte, NC 28226
                                              *Attorney for Defendant Hylmen, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2024, I caused the foregoing Defendant Hylmen, LLC's Statement of Membership Citizenship to be filed via CM/ECF which will provide notice of its filing to:

Graham L. Newman
CHAPPELL, CHAPPELL, & NEWMAN
4500 Fort Jackson Blvd., Suite 250
Columbia, SC 29209
graham@chappell.law
*Attorneys for Plaintiff*


Andrew A. Mathias
MAYNARD NEXSEN
104 South Main Street, Suite 900
Greenville, SC 29601
amathias@maynardnexsen.com
*Attorneys for Defendant Blockquarry Corp.*


Trent M. Grissom
MCGRATH & SPIELBERGER, PLLC
7300 Carmel Executive Park Drive, Suite 300
Charlotte, NC 28226
trent@mcgrathspielberger.com
*Attorneys for Defendant Pantheon Resources, Inc.*

*/s/ Trent M. Grissom*
Trent M. Grissom (Fed. Bar No. 10671)