UNITED STATES DISTRICT COURT
DISTRICT OF SOUT H CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| BEEQB, LLC, a Florida Corporation, | ) | Case No.: 7:24-cv-03179-TMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CONSENT MOTION TO AMEND** |
| | ) | **SCHEDULING ORDER** |
| BLOCKQUARRY CORP., f/k/a ISW HOLDINGS, INC., a Nevada Corporation, PANTEHON RESOURCES, INC., and HYLMEN, LLC, | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

The parties jointly submit this consent motion to amend the existing scheduling order and propose the new deadlines set forth in the proposed order, attached to this motion as **Exhibit A**. A comparison of original deadlines affected and proposed deadlines in the proposed order is below.

| Task | Current Deadline | Proposed Deadline | Previous Extensions | Number of Additional Days |
|---|---|---|---|---|
| Plaintiff's expert disclosures | 11/27/2024 | 3/25/2025 | None | 118 |
| Defendants' expert disclosures | 12/27/2024 | 4/21/2025 | None | 115 |
| Records custodian affidavits | 12/27/2024 | 4/21/2025 | None | 115 |
| End of Discovery | 1/27/2025 | 5/20/2025 | None | 113 |
| Mediation | 2/3/2025 | 5/27/2025 | None | 113 |
| Motions deadline | 2/10/2025 | 6/10/2025 | None | 120 |
| Subject for trial | 4/11/2025 | 8/11/2025 | None | 122 |

1

The parties assert that good cause exists to amend the existing scheduling order after the appearance of Hylmen, LLC as a new party to this case and in order for fact and expert discovery to be fully completed.

Respectfully submitted,

/s/ Graham L. Newman
Graham L. Newman (S.C. Fed. ID #9746)
CHAPPELL, CHAPPELL & NEWMAN
4500 Fort Jackson Boulevard, Suite 250
Columbia, South Carolina 29209
(803) 233-7050
graham@chappell.law

Robert Lynch
BUZKO KRASNOV
228 Park Avenue S
PMB 85451
New York, New York 10003
Robert.lynch@buzko.legal

*Via Pro Hac Vice Admission*

ATTORNEYS FOR PLAINTIFF

/s/ Andrew A. Mathias
Andrew A. Mathias
Elizabeth C. Edmondson
Konstantine P. Diamaduros
MAYNARD NEXSEN
104 South Main Street
Suite 900
Greenville, SC 29601
AMathias@maynardnexsen.com
eedmondson@maynardnexsen.com
KDiamaduros@maynardnexsen.com

ATTORNEYS FOR DEFENDANT
BLOCKQUARRY CORP., f/k/a ISW HOLDINGS, INC.

/s/ Trenton M. Grissom
Trenton M. Grissom
MCGRATH AND SPIELBERGER, PLLC
7300 Carmel Executive Park Drive
Suite 300
Charlotte, NC 28226
trent@mcgrathspielberger.com

ATTORNEY FOR DEFENDANTS
PANTHEON RESOURCES, INC. and
HYLMEN, LLC